# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HAROLD MOSES                                          NO.   2019 CW 0519

VERSUS

STATE FARM MUTUAL AUTOMOBILE                          **SEP 3 0 2019**
INSURANCE COMPANY

---

In Re:   State Farm Mutual Automobile Insurance Company, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 181345.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion filed on September 20, 2019 advising that relator desires to dismiss its application for supervisory writ.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT